DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURIZIO PARLATO | Criminal No. 20-740<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning defendant Maurizio Parlato.

Date: September 10, 2024

PHILIP R. SELLINGER
United States Attorney

By:   /s/ *Carolyn Silane*
         Assistant U.S. Attorney