UNITED STATES DISTRICT COURT
OF
NEW JERSEY- NEWARK

**OFFICE:** NEWARK                    **DATE: 9/25/2024**
**JUDGE** STANLEY R. CHESLER
**COURT REPORTER:** RHEA MORALES

**TITLE OF CASE**
UNITED STATES OF AMERICA
v.
MAURIZIO PARLATO                    DOCKET NO. 20-740
**Appearances:**
Stanley Okula, Tax Division for Carolyn Silane, AUSA
Anthony J. Siano, Esq., Retained
Donald Martenz, USPO

**Nature of Proceedings:**
NON CONTESTED SENTENCE
SENTENCE: PROBATION: 3 years.  This term consists of 3 years on each of Counts 1 and 2, all such terms to run concurrently.
Based on information presented, you are excused from the mandatory drug testing provision; however, you may be requested to submit to drug testing during the period of supervision if the probation officer determines a risk of substance abuse.

SPECIAL CONDITIONS:
**FINANCIAL DISCLOSURE**
**COOPERATION WITH THE INTERNAL REVENUE SERVICE**
LOCATION MONITORING-HOME CONFINEMENT-3 MONTHS-defendant shall incur the cost

The plea agreement reflects the defendant agreed to pay full restitution in the amount of $1,109,209.00 for all losses resulting from the offenses of conviction. The Court recognizes that, as of August 17, 2020, the defendant has satisfied his restitution obligation by remitting payment to the Internal Revenue Service in the aggregate amount of $1,264,735.68. As such, the Court will not order restitution in this case.

FINE: $25,000, consisting of a fine of $12,500 on each of Counts One and Two.
The fine is due immediately and must be paid in full within 30 days of sentencing.
You must notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the fine remains unpaid.

SPECIAL ASSESSMENT:  $200, consisting of $100 on each count, which is due immediately.

RIGHT TO APPEAL

11-11:55
s/ Theresa C. Trivino,
Theresa C. Trivino Senior Courtroom Deputy to the
Honorable Stanley R. Chesler