**ANTHONY J. SIANO, ESQ., PLLC**
A PROFESSIONAL CORPORATION
445 HAMILTON AVENUE, 11TH FLOOR
WHITE PLAINS, NEW YORK 10601

(914) 997-0100

ANTHONY J. SIANO

December 11, 2024

**By electronic mail**
Hon. Stanley R. Chesler
United States District Judge
United States District Court
50 Walnut Street
Newark, New Jersey 07102

    Re:    United States v. Maurizio Parlato
             Dkt No. 20-CR-00740-SRC

Dear Judge Chesler:

    I am counsel for the defendant in the above captioned case. Your Honor recently granted my client permission to travel to Italy, notwithstanding his serving a period of home detention. I regret to inform the Court that my client will not be traveling as originally planned. Please allow me to explain.

    Mrs. Parlato has been ill and has not recovered sufficiently for her to wish to travel to Italy. Also, Mr. Parlato's supervising probation officer in Florida advised him today that the travel to Italy will require that a different, and substantially larger, monitoring unit be placed on his leg. The probation officer further advised my client that this larger unit could cause issues at one or more airports. My client is concerned that the larger device has the potential to upset his two small children while traveling.

    In light of these circumstances, I request that the Court withdraw its Order of December 9, 2024. Both my client and I apologize for this imposition on the Court's time. Simply stated, the factors I described above caused my client to realize that he should postpone any travel until his wife is fully recovered and his period of home detention, <u>as originally ordered</u>, is completed.

    Assistant United States Attorney Carolyn Silane does not object to the withdrawal of the prior order.

Respectfully submitted,

*[signature]*
Anthony J. Siano

Encl.
cc: AUSA Caroline Silane (by electronic mail)

Marianne Gillow MD
584 Broadway
Suite 1107A
New York, NY 10012
Tel/fax 212 925 8644
mgillow@earthlink.net

November 25, 2024

To Allianz Travel Insurance:

Allex Parlato is presently under my care for treatment of routine medical matters.

She reached out to me today to be seen virtually for acute medical illness.

Her clinical symptoms indicated to me that not only is physically ill, but it is highly likely that she is infectious to others.

In light of the above, I recommend she refrain from travel for the next wk. Please accommodate her in reimbursing her for her missed flights.

Thank you for your attention to this matter.

Marianne Gillow MD
Attending Physician
NY License 178642