**ANTHONY J. SIANO, ESQ., PLLC**
A PROFESSIONAL CORPORATION
445 HAMILTON AVENUE, 11TH FLOOR
WHITE PLAINS, NEW YORK 10601

(914) 997-0100
FAX (914) 997-4179

ANTHONY J. SIANO

April 9, 2025

**By electronic mail**

Hon. Stanley R. Chesler
United States District Judge
United States District Court
50 Walnut Street
Newark, New Jersey 07102

    Re:   United States v. Maurizio Parlato
             Dkt No. 20-CR-00740-SRC

Dear Judge Chesler:

    I am counsel for the defendant in the above captioned case.

    I can report to the Court that Mr. Parlato has returned from his trip to Italy, as indicated on the Order on Consent dated, February 25, 2025, and has reported to his Probation Officer in Miami.

                                          Respectfully submitted,

                                          Anthony J. Siano

cc:  AUSA Caroline Silane (by electronic mail)