# ANTHONY J. SIANO, ESQ., PLLC
*A PROFESSIONAL CORPORATION*
445 HAMILTON AVENUE, 11TH FLOOR
WHITE PLAINS, NEW YORK 10601

(914) 997-0100

ANTHONY J. SIANO

June 2, 2025

**By: PACER and Federal Express**

Hon. Stanley R. Chesler
United States District Judge
United States District Court
50 Walnut Street
Newark, New Jersey 07102

Re:  United States v. Maurizio Parlato
     Dkt No. 20-CR-00740-SRC

Dear Judge Chesler:

I am counsel for the defendant in the above captioned case. By this letter, I apply for the annexed proposed order on consent in this case.

Defendant Parlato has completed the home detention portion of his sentence. The defendant resides in the Southern District of Florida with his family. His supervised release is being handled by Probation Officer Daniel Tarafa. Mr. Tarafa is located in the Wilkie D. Ferguson Courthouse in Miami, Florida.

Defendant Parlato wishes to travel to Europe from June 14, 2025 to July 14, 2025. As we have previously done, I have obtained the consent of Assistant United States Attorney Silane and am submitting a proposed order on consent to Your Honor. Probation Officer Daniel Tarafa, in Miami, Florida, has consented to this travel.

Upon his return, Defendant Parlato will report back to his probation officer in Florida.

Respectfully submitted,

Anthony J. Siano

Encl.
cc: AUSA Caroline Silane (by electronic mail)
    Probation Officer Daniel Tarafa (by electronic mail)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 20-00740-SRC |
| MAURIZIO PARLATO | : | |

ORDER ON CONSENT

By their signatures below, counsel for the parties consent to the issuance of this order.

_/s/Carolyn Silane, Esq._
Carolyn Silane, Esq.
Assistant United States Attorney
Office of the United States Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102

Anthony J. Siano, Esq.
Attorney for Defendant
445 Hamilton Avenue
White Plains, New York 10601

NOW upon the letter application of counsel for defendant Maurizio Parlato, dated June 2, 2025, and with the consent of the Office of the United States Attorney:

IT IS ORDERED that:

1) The above-named defendant be allowed to travel to Europe from June 14, 2025 to July 14, 2025.

2) The Defendant will report back to his probation officer, Daniel Tarafa, upon his return.

SO ORDERED:

                                                  Hon. Stanley R. Chesler
                                                  United States District Judge

Dated:

To:       Pre-Trial Services, DNJ
           U.S. Department of Probation, SD Fla.
           AUSA Carolyn Silane
           Anthony J. Siano, Esq.